UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE CHAPPELL, | No. 2:22-cv-0259 AC P |
| Petitioner, | |
| v. | ORDER |
| B. KIEBLER, WARDEN, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Within thirty days from the date of this order, Petitioner shall submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. Petitioner is warned that failure to comply with this order will result in a recommendation that this action be dismissed, and

////

////

1

   2. The Clerk of Court is directed to send Petitioner a copy of the in forma pauperis form used by this district.

DATED: February 22, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE